13020

WILSON v. WILSON *ET AL.*

(155 S. E., 627)

April, 1930.

See, also, 153 S. C., 472, 150 S. E., 897.

428

430

*Messrs. L. D. Jennings* and *L. D. Lide,* for appellant,

*Messrs. Epps & Levy,* for respondents,

November 6, 1930.

The opinion of the Court was delivered by MR. JUSTICE BLEASE.

The order of his Honor, Circuit Judge Grimball, is satisfactory to this Court, and it is affirmed.

MESSRS. JUSTICES COTHRAN, STABLER and CARTER concur.